UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INNOWORKS EMPLOYMENT SERVICES INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLAKE FERRY and DOES 1 THROUGH 100,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-CV-1001-X |

**MEMORANDUM OPINION AND ORDER**

Under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Innoworks Employment Services Inc.'s case against Defendants Blake Ferry and Does 1 through 100 for failure to prosecute its case.

Innoworks filed its complaint in March 2026. (Doc. 1). Innoworks requested summons, but Ferry did not appear, and Innoworks never filed proof of service. (Docs. 3, 4). On June 26, 2026, the Court ordered Innoworks to provide proof of service pursuant to Federal Rule of Civil Procedure 4(m) no later than July 3, 2026, and warned Innoworks that failure to comply with the Court's Order would result in the Court dismissing the case pursuant Rules 4(m) and 41(b). (Doc. 4). Innoworks never filed proof of service or provided the Court with any response.

Rule 41(b) allows the Court to "dismiss the action or any claim" if "the plaintiff fails to prosecute or to comply with these rules or a court order."[1] Dismissal under Rule 41(b) may be *sua sponte*, but it may be with prejudice "only if the failure to comply with the court order was the result of purposeful delay or contumaciousness and the record reflects that the district court employed lesser sanctions before dismissing the action."[2]

What is clear is that dismissal is appropriate under Rule 41(b) because Innoworks has failed to prosecute its case and it and its attorney have disobeyed the Court's orders. The more difficult inquiry is whether that dismissal should be with prejudice or without prejudice. The Court, in its discretion, notes that despite Innoworks and its lawyer's failures, the record lacks the findings of purposeful delay or contumaciousness, and the Court has not already imposed the lesser sanctions necessary to warrant dismissal with prejudice—the heightened standard for dismissal with prejudice that Rule 41(b) requires. Therefore, under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** Innoworks's case against for failure to prosecute its case and failure to comply with the Court's orders.

**IT IS SO ORDERED** this 29th day of July, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[1] FED. R. CIV. P. 41(b).

[2] *Long v. Simmons*, 77 F.3d 878, 879–80 (5th Cir. 1996).